# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Alejandro RODRIGUEZ-Rodriguez | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  11/03/2019  in the county of  Webb  in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 & 963 | Knowingly and unlawfully import and conspire to import from a place outside the United States, to wit: the United Mexican States, to a place in the United States, to wit: Laredo, Texas, approximately 31.84 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attachement "A"

☑ Continued on the attached sheet.

/s/ Gabriel Rios Jr
*Complainant's signature*

Gabriel Rios Jr, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/05/2019

*Judge's signature*

City and state:  Laredo, Texas    Sam Sheldon, US Magistrate Judge
*Printed name and title*

Attachment A

I, Gabriel Rios Jr, a Special Agent with Homeland Security Investigations (HSI), have knowledge of the following facts:

1. On November 3, 2019, at approximately 10:41 a.m., defendant Alejandro RODRIGUEZ-Rodriguez, entered the United States via the Lincoln-Juarez International Bridge II in Laredo, Texas, operating a motor vehicle.

2. During the primary and secondary inspections, Customs and Border Protection Officers (CBPOs) obtained a negative oral declaration for prohibited items.

3. CBPOs discovered non-factory metal compartments within the vehicle's four wheels containing a total of twenty-six (26) packages of a white powder like substance that field tested positive for cocaine. The total weight of the narcotic was approximately thirty-one point eighty-four (31.84) kilograms.

4. On November 3, 2019, RODRIGUEZ-Rodriguez was advised of his Miranda Rights in the Spanish language. RODRIGUEZ-Rodriguez signed a Waiver of Rights form and agreed to make a statement without an attorney present.

5. RODRIGUEZ-Rodriguez stated he was the registered owner of the vehicle and was traveling from Monterrey, Nuevo Leon, Mexico to San Marcos, Texas to shop.